# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-806
_____

RONALD PAK ZERN,

   Appellant,

v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Okaloosa County.
John Jay Gontarek, Judge.

July 18, 2019


PER CURIAM.

   AFFIRMED.

WOLF, ROBERTS, and JAY, JJ., concur.


_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Ronald Pak Zern, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.